UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v -                      :     NOTICE OF INTENT TO
                                       FILE AN INFORMATION
FRANCIS PUGLIESE,                  :
    a/k/a "Butch,"
                                   :
        Defendant.                       07 CRIM 911
                                   :
- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         September 19, 2007

                         MICHAEL J. GARCIA
                         United States Attorney

             By:  _____
                         JONATHAN B. NEW
                         Assistant United States Attorney

                         AGREED AND CONSENTED TO:

             By:  _____
                         ANTHONY SIRIANO, Esq.
                         Attorney for FRANCIS PUGLIESE