UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :

       - v. -                           :

                                              INFORMATION  *RcD*

FRANCIS PUGLIESE,                   :
    a/k/a "Butch,"                  :   07 Cr.      (PAC)

                   Defendant.    :

- - - - - - - - - - - - - - - - - - - - X

**07 CRIM**    

### COUNT ONE

    The United States Attorney charges:

    1.   From at least in or about March 2007 up to and including on or about June 26, 2007, in the Southern District of New York and elsewhere, FRANCIS PUGLIESE, a/k/a "Butch," the defendant, unlawfully, wilfully, and knowingly transported, transmitted, and transferred, and attempted to transport, transmit, and transfer, monetary instruments and funds from a place in the United States to and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, to wit, the operation of an illegal gambling business, in violation of Title 18, United States Code, Section 1955, the illegal transmission of wagers and gambling information, in violation of Title 18, United States Code, Section 1084, and the commission of gambling offenses, in



violation of both New York State Penal Law, Article 225, and other anti-gambling statutes in other states.

(Title 18, United States Code, Sections 1956(a)(2)(A) and 2.)

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FRANCIS PUGLIESE,
a/k/a "Butch,"

Defendant.

### INFORMATION

07 Cr.          (PAC)

(Title 18, United States Code,
Sections 1956(a)(2)(A) and 2.)

---

MICHAEL J. GARCIA
United States Attorney.

9/26/07
Filed information & Waiver of Indictment.
Deft pres. w/atty Anthony Siriano. AUSA Jonathan
New. Deft pleads not guilty. Bail cont'd.
T/E until 10/5/07

s/Mag. Judge Katz