UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :

               v.                       :

FRANCIS PUGLIESE,                       :
       a/k/a "Butch,"                            07 Cr.      (PAC)

               Defendant.       07 CRIM 911
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 18, United States

Code, Sections 1956(a)(2)(A) and 2, being advised of the nature of the charges and of his rights,

hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be

by information instead of by indictment.


_____
Defendant

_____
Witness

_____
Counsel for Defendant


Date:   New York, New York
        September 26, 2007



0202