

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 4, 2007

```
BY FAX
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2007

Re: United States v. Francis Pugliese
    07 Cr. 911 (PAC)

Dear Judge Crotty:

    The above referenced Information was filed on September 26, 2007 and was assigned to Your Honor. Enclosed please find copies of the Information and Complaint for Your Honor's review.

    The defendant was arraigned before a Magistrate Judge on September 26, 2007. At the arraignment, the time between September 26, 2007 and October 2, 2007 was excluded from calculations under the Speedy Trial Act.

    The Government, on consent, respectfully requests that the Court schedule an initial conference in this matter for November 2, 2007 at 4:15 p.m., or at another date and time convenient for the Court, and that the time between today and the next conference be excluded from calculations under the Speedy Trial Act. In the interim, the parties expect to continue discussions concerning a possible disposition of the case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

*/s/ Jonathan B. New*
Jonathan B. New
Assistant U.S. Attorney
(212) 637-1049

Enc.
cc w/ enc.: Antony Siriano, Esq.

**MEMO ENDORSED**

Application GRANTED. The conference will take place on 11/2/07 at 4:15 in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b)(8)(A), the time from 10/4/07 until 11/2/07 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: 10/9/07

*/s/ Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE