

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2007

**BY FAX**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2007
```

Re: <u>United States v. Francis Pugliese</u>
    07 Cr. 911 (PAC)

Dear Judge Crotty:

    The Government, on consent, respectfully requests that the Court reschedule the next pretrial conference in this matter for <u>November 28, 2007 at 4:30 p.m.</u>, or at another date and time convenient for the Court, and that the time between today and the next conference be excluded from calculations under the Speedy Trial Act. In the interim, the parties expect to continue discussions concerning a possible disposition of the case.

    Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jonathan B. New
Assistant U.S. Attorney
(212) 637-1049

cc: Antony Siriano, Esq.

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 11/28/2007 at 4:30 PM in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b)(8)(A), the time from 11/2/2007 until 11/28/2007 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public in a speedy trial. So Ordered.

SO ORDERED: 11/5/07

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE