

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2007

**BY FAX**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 4 2007
```

   Re: <u>United States v. Francis Pugliese</u>
       07 Cr. 911 (PAC)

Dear Judge Crotty:

   The Government, on consent, respectfully requests that the Court reschedule the next pretrial conference in this matter for January 3, 2008, or at another date and time convenient for the Court, and that the time between today and the next conference be excluded from calculations under the Speedy Trial Act. In the interim, the parties expect to continue discussions concerning a possible disposition of the case.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

                        By: [signature]
                            Jonathan B. New
                            Assistant U.S. Attorney
                            (212) 637-1049

**MEMO ENDORSED**

cc: Antony Siriano, Esq.

Application GRANTED. The conference is adjourned to 1/3/08 at 3:00 pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 11/28/07 until 01/03/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public in a speedy trial. So Ordered.

SO ORDERED: 12/4/07

[signature]
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

TOTAL P.02