*Siriano & Bernstein, P.C.*
ATTORNEYS AT LAW

2027 Williamsbridge Road
Bronx, New York 10461

Telephone: (718) 823-2600
Facsimile: (718) 823-3488

Anthony F. Siriano
Mark F. Bernstein

*Westchester Office*
109 Croton Avenue
Ossining, New York 10562
Telephone: (914) 941-2800
Facsimile: (914) 941-5781

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 13 2008
```

May 12, 2008

**VIA FACSIMILE (212) 805-6304**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Room 735
New York, New York 10007

Re: **United States v. Francis Pugliese**
     07 Cr. 911 (PAC)

Dear Judge Crotty:

The Defendant, on consent, respectfully requests that the Court reschedule the sentencing on this matter scheduled for May 15, 2008 to any day convenient for the Court during the week of June 16th, 2008.

Thank you for your time regarding this matter.

Respectfully submitted,

SIRIANO & BERNSTEIN, P.C.

Anthony F. Siriano
AFS/dg

cc: AUSA, Jonathan B. New

**MEMO ENDORSED**

Application GRANTED. The sentencing is adjourned to 6/17/08 at 3:45 pm in Courtroom 20-C

SO ORDERED: MAY 13 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE