## Siriano & Bernstein, P.C.
### ATTORNEYS AT LAW

2027 Williamsbridge Road
Bronx, New York 10461

Telephone: (718) 823-2600
Facsimile: (718) 823-3488

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____       │
│ DATE FILED:  JUN 1 6 2008   │
└─────────────────────────────┘
```

Anthony F. Siriano
Mark F. Bernstein

*Westchester Office*
109 Croton Avenue
Ossining, New York 10562
Telephone: (914) 941-2800
Facsimile: (914) 941-5781

June 16, 2008

**Application GRANTED.** The sentencing is adjourned to 7/9/08 at 3:45 pm in Courtroom 20-C

**VIA FACSIMILE (212) 805-6304**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Room 735
New York, New York 10007

**SO ORDERED:** JUN 1 6 2008

*/s/ Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

Re: United States v. Francis Pugliese
07 Cr. 911 (PAC)

Dear Judge Crotty:

The Defendant, on consent, respectfully requests that the Court reschedule the sentencing on this matter scheduled for June 17, 2008 to any day convenient for the Court during the week of July 7, 2008.

I am respectfully requesting this reschedule due to the fact that I am on trial in Bronx Supreme Court, Part 16, before Honorable Price on the matter of People v. Kukic.

Thank you for your time regarding this matter.

Respectfully submitted,

SIRIANO & BERNSTEIN, P.C.

*/s/ Anthony F. Siriano*
Anthony F. Siriano
AFS/dg

cc: AUSA, Jonathan B. New