*Siriano & Bernstein, L.C.*
**ATTORNEYS AT LAW**

2027 Williamsbridge Road
Bronx, New York 10461

Telephone: (718) 823-2600
Facsimile: (718) 823-3488

Anthony F. Siriano
Mark F. Bernstein

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 8 2008

*Westchester Office*
109 Croton Avenue
Ossining, New York 10562
Telephone: (914) 941-2800
Facsimile: (914) 941-5781

July 8, 2008

**VIA FACSIMILE (212) 805-6304**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Room 735
New York, New York 10007

Application GRANTED. The sentencing is adjourned to 8/20/08 at 4:00 pm in Courtroom 11-C.

SO ORDERED: JUL 0 8 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

Re:   United States v. Francis Pugliese
07 Cr. 911 (PAC)

Dear Judge Crotty:

The Defendant, on consent, most respectfully requests that the Court reschedule the sentencing on this matter scheduled for July 9, 2008 to any day convenient for the Court during the day of August 15, 2008 or any day of the week of August 18, 2008.

I am respectfully requesting to reschedule for personal reasons, which I have discussed today with the Government.

Thank you for your time regarding this matter.

Respectfully submitted,

SIRIANO & BERNSTEIN, P.C.

Anthony F. Siriano
AFS/dg

cc:  via facsimile (212) 637-0097 (AUSA, Jonathan B. New),
     via facsimile (212) 637-2506 (AUSA, Arlow Devlin-Brown)